**Mark Allen KNIGHT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39073.**

Missouri Court of Appeals, Western District.

Sept. 15, 1987.

Lew Kollias, Columbia, for appellant.

William Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and BERREY and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from denial after evidentiary hearing of a Rule 27.26 motion to vacate a conviction of concealment of a controlled substance on the premises of a correctional institution, § 217.360 RSMo 1986, and sentence to a five-year term of imprisonment.

Judgment affirmed. Rule 84.16(b).